UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIN LOPEZ,

                    Plaintiff,

          -against-

JANE AND JOHN DOE.,

                    Defendants.

26 CIVIL 01987 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 1, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

          SO ORDERED.

 Dated:    May 6, 2026
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge